UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACCARD CORPORATION,<br><br>                Plaintiff,<br><br>     v.<br><br>WINCO INDUSTRIES COMPANY and<br>D.W.L. INTERNATIONAL TRADING INC.<br>(a/k/a WINCO and D.W.L. INDUSTRIES CO.),<br><br>                Defendants. | Civil Action No. 6:14-cv-06306-FPG-JWF |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated by and between the parties that the above-captioned action is hereby dismissed with prejudice pursuant to the terms of a Confidential Settlement Agreement. Each party shall bear its own attorneys' fees and costs in this action.

Dated: January 12, 2015

Respectfully submitted,

BOND, SCHOENECK & KING PLLC

By:   /s/ Jeremy P. Oczek
      Jeremy P. Oczek, Esq.
      40 Fountain Plaza, Suite 600
      Buffalo, New York 14202
      (716) 566-2800
      jpoczek@bsk.com

      Edward P. Hourihan, Jr., Esq.
      350 Linden Oaks, Suite 310
      Rochester, NY 14625
      (585) 362-4700
      ehourihan@bsk.com

Attorneys for Plaintiff
JACCARD CORPORATION

Respectfully submitted,

COZEN O'CONNOR

By:   /s/ Julia S. Kim
      Martin B. Pavane, Esq.
      Julia S. Kim, Esq.
      Cozen O'Connor
      277 Park Avenue 20th Floor
      New York, NY 10172
      (212) 883-4900
      mpavane@cozen.com
      jkim@cozen.com

Attorneys for Defendants
WINCO INDUSTRIES COMPANY AND
D.W.L. INTERNATIONAL TRADING INC.

SO ORDERED THIS 13th DAY OF Jan 2015

HON. FRANK P. GERACI, JR.
U.S. District Judge